IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: DNIB UNWIND, INC., ET AL., <br><br> CAPITAL MANAGEMENT FUND, LP <br><br> Appellant, <br><br> v. <br><br> GEOFFREY L. BERMAN, TRUSTEE <br><br> Appellee. | Civ. No. 17-945-GMS <br> Bankruptcy Case No. 16-11084 (BLS) <br> BAP No. 17-31 |

**ORDER**

At Wilmington this 10th day of August, 2017, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 10);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **August 28, 2017.**

2. Appellee's brief in opposition to the appeal is due on or before **September 27, 2017.**

3. Appellant's reply brief is due on or before **October 11, 2017.**

United States District Judge